Josh Cole Aicklen
Nevada Bar No. 007254
Janice J. Brown, Esq.
Nevada Bar No. 001118
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118
TEL:  (702) 893-3383
FAX: (702) 893-3789
Email: aicklen@lbbslaw.com
Email: jbrown@lbbslaw.com
*Attorneys for Defendant and Cross-Defendant*
*Nevada West Business Agency, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST FINANCIAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTCH 80'S LIMITED, INC., JOHNNY THOMAS WILLIAMS; AND NEVADA WEST BUSINESS INSURANCE AGENCY, INC.,<br><br>Defendants.<br><hr>SCOTCH 80'S LIMITED, INC.; AND JOHNNY THOMAS WILLIAMS,<br><br>Cross-claimant,<br><br>vs.<br><br>NEVADA WEST BUSINESS INSURANCE AGENCY, INC.,<br><br>Cross-defendant. | CASE NO.: 2:08-CV-00862-RLH-LRL<br><br>DEFENDANT AND CROSS-DEFENDANT NEVADA WEST BUSINESS INSURANCE AGENCY'S WAIVER OF COSTS ASSESSED AGAINST CROSS-CLAIMANTS SCOTCH 80'S LIMITED, INC., AND JOHNNY THOMAS WILLIAMS AWARDED IN DOCUMENT NO. 72). |

For good and valuable consideration, receipt of which is hereby acknowledged,

DEFENDANT AND CROSS-DEFENDANT NEVADA WEST BUSINESS

INSURANCE AGENCY, INC., by and through its attorneys, LEWIS BRISBOIS

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   BISGAARD & SMITH LLP, does hereby waive costs in the amount of Five Thousand and

2   One Dollars and 21/100 ($5,001.21) heretofore taxed by the Clerk against Cross-

3   claimants Scotch 80's Limited, Inc., and/or Johnny Thomas Williams, on or about the 15th

4   day of November, 2010, all as set out in Document 72 filed with this Court.

5        Dated this 22nd day of _Nov._, 2010.

6                              LEWIS BRISBOIS BISGAARD & SMITH LLP

7

8                              By _____

9                                 Josh Cole Aicklen
                                  Nevada Bar No. 007254
10                                Janice J. Brown
                                  Nevada Bar No. 001118
11                                6285 South Rainbow Boulevard, Suite 600
                                  Las Vegas, Nevada 89118
12                                Attorneys for Defendant and Cross-
                                  Defendant Nevada West Business Agency,
13                                Inc.

14                              ORDER

15       IT IS SO ORDERED this 23rd day of _____November_____, 2010.

16

17                              _____

18                              ROGER L. HUNT, UNITED STATES JUDGE

19
    Submitted by:
20
    LEWIS BRISBOIS BISGAARD & SMITH LLP
21
    By _____
22
    Josh Cole Aicklen
23  Nevada Bar No. 007254
    Janice J. Brown
24  Nevada Bar No. 001118
    6285 South Rainbow Boulevard, Suite 600
25  Las Vegas, Nevada 89118
    Attorneys for Defendant and Cross-Defendant
26  Nevada West Business Agency, Inc.

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4846-9194-3176.1                                    2